IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WENDY MONTES; HENRY HERNANDEZ; ROSA XITUMUL; and JUANITA AVILA, on behalf of themselves and all others similarly situated<br><br>v.<br><br>RAJESH AGGARWAL d/b/a Best Western Music Row and Comfort Inn Downtown Nashville; RNA, LLC; and RNR1, LLC | No. 3-13-0148 |

O R D E R

Pursuant to the order entered April 8, 2013 (Docket Entry No. 20), counsel for the parties called the Court on April 11, 2013, at which time counsel reported on their discussions since the initial case management conference on April 1, 2013, and advised that they believed that progress had been made toward addressing the plaintiff's concerns about retaliation, although defendants' counsel advised that Workers' Dignity had posted additional flyers at MTSU where the defendant is employed.

The parties agreed that the parties' respective motions for protective orders (Docket Entry Nos. 11 and 13) should be held in abeyance for 30 days.

Counsel for the parties shall convene another telephone conference call with the Court on **Wednesday, May 15, 2013, at 4:00 p.m.,** to be initiated by defendants' counsel, to address whether the parties have resolved their motions for protective order or if those motions have otherwise been rendered moot, whether the trial in this case should be a jury or non-jury trial,[1] and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] In the parties' proposed initial case management order, they indicated that the trial will be a bench trial. However, the defendants demanded a jury in their answers (Docket Entry Nos. 10 and 22).