IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WENDY MONTES; HENRY )
HERNANDEZ; ROSA XITUMUL; and )
JUANITA AVILA, on behalf of )
themselves and all others similarly )
situated ) No. 3-13-0148
 )
v. )
 )
RAJESH AGGARWAL d/b/a Best )
Western Music Row and Comfort Inn )
Downtown Nashville; RNA, LLC; and )
RNR1, LLC )

O R D E R

Pursuant to the order entered May 17, 2013 (Docket Entry No. 25), counsel for the parties called the Court on May 21, 2013, at which time they advised that they believed that the parties had reached a resolution of the case, that they were in the process of developing a term sheet, which they expected to be completed by May 22, 2013, and that they expected that the parties would enter into a settlement agreement by May 31, 2013.

As a result, the parties agreed that the plaintiffs' emergency motion for protective order (Docket Entry No. 11) and the defendants' motion for protective order (Docket Entry No. 13) were rendered moot, and are therefore DENIED as moot.

The parties agreed to and were directed to file a motion for approval of the FLSA settlement by June 14, 2013.

However, it appears that the parties were not able to reach an agreement on all issues. See Docket Entry No. 26. Therefore, counsel for the parties shall convene a telephone conference call with the Court on **Friday, June 14, 2013, at 1:00 p.m.,** to be initiated by defendants' counsel, to address whether the parties have reached a full resolution of the case and, if not, to address the status of the parties' settlement discussions.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge