# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| WENDY MONTES; HENRY HERNANDEZ; ROSA XITUMUL; and JUANITA AVILA, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RAJESH AGGARWAL, d/b/a BEST WESTERN MUSIC ROW and COMFORT INN DOWNTOWN NASHVILLE; RNA, LLC; and RNR1, LLC, <br><br> Defendants. | Case No. 3:13-0148 <br><br> JURY DEMAND |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs and opt-in Plaintiffs Wendy Montes, Henry Hernandez, Rosa Xitumul, Juanita Avila, Karen Palacios, Elizabeth Del Carmen, and Lidia Salas (collectively "Plaintiffs") and Defendants Rajesh Aggarwal, RNA, LLC and RNR1, LLC (collectively "Defendants"), and having fully resolved all disputes between them, jointly request this Court to DISMISS this matter and the Plaintiffs' claims with PREJUDICE.

IT IS SO ORDERED.

Entered this 39vj "f c{ "qh"Ugrvgo dgt."42350

_____
Honorable Kevin H. Sharp
United States District Judge

Approved for Entry:

BRANSTETTER, STRANCH & JENNINGS, PLLC

By: /s/ James G. Stranch
James G. Stranch, III (BPR#2542)
Joe P. Leniski, Jr. (BPR# 28158)
Karla M. Campbell (BPR# 27132)
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
(615) 254-8801

*Attorneys for Plaintiffs*


By: /s/ James B. Johnson
James B. Johnson (#15509)
Stephen H. Price (#14658)
Kevin P. Hartley (#29199)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2280  Fax: (615) 742-7238

*Counsel for Defendants Rajesh Aggarwal,*
*Best Western Music Row, Comfort Inn Downtown,*
*RNA, LLC and RNR1, LLC.*